4918-2163-4885

*Electronically Filed*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:21-cv-00134-GNS-LLK

JARED THOMAS KENNEDY                                            PLAINTIFF

v.

AARON ACREE
GARY HICKS
MICAH KAMINSKI                                                 DEFENDANTS

## AGREED ORDER TO EXTEND DEADLINES

Upon agreement of the parties to extend the remaining deadlines in this case, as indicated by the signatures of their counsel below; and this court being otherwise sufficiently advised, it is hereby ordered that the remaining deadlines in this case are extended as follows:

The parties' expert discovery deadline is hereby extended to **June 15, 2025**;

The parties' dispositive and expert motions deadline is hereby extended to **July 16, 2025.**

So ORDERED this _____ day of _____ 2025.


HAVE SEEN AND AGREED:

/s/ Marilyn "Linsey" Shrewsbury (w/ permission)       /s/ Matthew P. Cook (w/permission)
MARILYN "LINSEY" SHREWSBURY                 MATTHEW P. COOK
*Attorney for Plaintiff*                                       *Attorneys for Defendant Micah Kaminski*

/s/ Annie L. Malka (w/ permission)                     /s/ Stacey A. Blankenship
ANNIE L. MALKA                                          STACEY A. BLANKENSHIP
*Additional Counsel for Plaintiff*                         *Attorneys for Defendant Gary Hicks*

/s/ L. Scott Miller (w/ permission)
L. SCOTT MILLER
*Attorneys for Defendant Aaron Acree*