UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:21-cv-00134-GNS-LLK
*FILED ELECTRONICALLY*

JARED KENNEDY                                                            PLAINTIFF

v.

AARON ACREE, et al.
and
GARY HICKS
and
MICAH KAMINSKI                                            DEFENDANTS

## DEFENDANT AARON ACREE'S MOTION FOR SUMMARY JUDGMENT

Comes now Defendant, Aaron Acree, in his individual and official capacity, through counsel, and respectfully submits his Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. A memorandum of law and proposed order are simultaneously tendered herewith.

Respectfully submitted,

/s/ L. Scott Miller
L. Scott Miller, KBA No. 91232
J. Tyler Chelf, KBA No. 99988
Emily B. Pence, KBA No. 99149
L.S. Miller Law, PLLC
333 West Vine Street, Suite 1720
Lexington, KY 40507
(859) 456-2244
lsmiller@lsmlaw.com
tchelf@lsmlaw.com
epence@lsmlaw.com
*COUNSEL FOR DEFENDANT, AARON ACREE*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/ *L. Scott Miller*
                                        *COUNSEL FOR DEFENDANT,*
                                        *AARON ACREE*