```
                                                                    1

                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                          PADUCAH DIVISION
            CIVIL ACTION NO. 5:21-cv-00134-GNS-LLK


  JARED THOMAS KENNEDY,              )
                                     )
       Plaintiff,                    )
                                     )
  vs.                                )
                                     )
  AARON ACREE, GARY HICKS, and       )
  MICAH KAMINSKI,                    )
                                     )
       Defendants.                   )


  _____

                DEPOSITION OF JARED THOMAS KENNEDY
  _____


          The video deposition of JARED THOMAS KENNEDY,
  taken by the Defendants pursuant to Notice on Tuesday,
  the 12th day of November, 2024, at the hour of 10:17
  a.m., at the law offices of Keuler, Kelly, Hutchins,
  Blankenship & Sigler, LLP, 100 South 4th Street, in the
  City of Paducah, County of McCracken, State of
  Kentucky, before me, Amy S. Fleming, RPR, CSR, and
  Notary Public in and for the Commonwealth of Kentucky
  at Large, to be used for the purpose of discovery
  and/or evidence and all other purposes allowed under
  the Federal Rules of Civil Procedure.



  _____

              WEST KENTUCKY REPORTING SERVICE, INC.
                -Registered Professional Reporters-
                -Certified Shorthand Reporters-
                   125 Nahm Street, Suite 105
                    Paducah, Kentucky  42001
                         (270)443-9631
                       info@wkrsdepo.com
```

EXHIBIT A

```
                                                          2
1                  A P P E A R A N C E S
2
    FOR THE PLAINTIFF:
3
            MARILYN "LINSEY" SHREWSBURY
4           MARILYN SHREWSBURY ESQUIRE, PSC
            256 Commerce Street
5           P.O. Box 1226
            Eddyville, KY 42038
6           linsey@mlslawgroup.net

7
    FOR THE DEFENDANT GARY HICKS:
8
            Stacey A. Blankenship, Esq.
9           KEULER KELLY HUTCHINS BLANKENSHIP & SIGLER, LLP
            100 South Fourth Street, Suite 400
10          Paducah, KY 42001
            sblankenship@kkhblaw.com
11

12  FOR THE DEFENDANT SHERIFF AARON ACREE:

13          Derrick T. Wright, Esq.
            STURGILL TURNER BARKER & MOLONEY, PLLC
14          333 West Vine Street, Suite 1500
            Lexington, KY  40507
15          dwright@sturgillturner.com


16
    FOR THE DEFENDANT MICAH KAMINSKI:
17
            Matthew P. Cook, Esq.
18          KERRICK BACHERT PSC
            1025 State Street
19          Bowling Green, KY  42101
            mcook@kerricklaw.com
20

21  THE VIDEOGRAPHER:

22          Alan Jackson
            Ad-Vantage Multimedia
23          (270)519-4322

24

25
```

1    Q.    You're saying you did not go through the
2    ditch in front of the eye care center?
3    A.    Not to my knowledge.  I don't believe so.
4    He backed completely off the road so I could get
5    through.
6    Q.    "The vehicle made a right on 68 headed
7    west."  Is that true?
8    A.    Yes.
9    Q.    All right.  So at this point, you've turned
10   to go the opposite direction of Hancock's, correct?
11   A.    Yes.
12   Q.    All right.  And you know you've got an
13   officer with lights and siren on behind you at this
14   point, correct?
15   A.    Yes.
16   Q.    All right.  And you did not stop at the
17   stop sign when you turned right onto 68.  Is that
18   correct?
19   A.    I don't -- I don't know.
20   Q.    Okay.  The officer says, "I continued
21   behind the vehicle at a safe distance with my
22   emergency equipment activated because the car was
23   driving erratically to keep from harming any other
24   people that may be on the road."
25         So -- sorry, that sentence continued on.

1    vehicles behind you -- or police vehicles behind
2    you?
3        A.    No.
4        Q.    At any point in time, did you become aware
5    that you had two vehicles --
6        A.    No.
7        Q.    -- behind you or more than one?
8        A.    Not that I was aware of.  But the sirens
9    were getting louder, so I couldn't really say for
10   certain.
11       Q.    Okay.  You knew that there were sirens on
12   at this point?
13       A.    Yes.
14       Q.    When did you realize that sirens were being
15   displayed?
16       A.    Probably after -- somewhere around 68 when
17   we turned on there, I would say.
18       Q.    Okay.  All right.  And your testimony is
19   that you -- even though the officer was behind you
20   with lights and siren, you didn't stop because you
21   didn't want your vehicle towed?
22       A.    Yes.
23       Q.    All right.  Do you agree with me and
24   understand that that's not a defense for
25   stopping -- for refusing to stop?

1     A.   I think I remember seeing somebody outside
2    of their vehicle but --
3     Q.   Okay.  And, again, at this point in time,
4    it didn't occur to you to just roll your window
5    down and say, "Do you need something" or anything
6    like that?
7     A.   No.
8     Q.   Okay.  At this point you say you're a block
9    away from your house, right?
10    A.   Yeah.
11    Q.   So, I mean, would your vehicle have to be
12   towed if you had stopped just right there?
13    A.   Probably.
14    Q.   Okay.
15    A.   It was on a county road.  I'm sure it's
16   illegal to park on county roads as well.
17    Q.   Okay.  It says that, "As the deputy started
18   to approach the vehicle, he backed up and proceeded
19   west on Riverview Drive."
20         Would that be correct?
21    A.   I don't think I backed up.  I think I just
22   went forward.
23    Q.   Okay.  You could have.  You just don't
24   remember?
25    A.   I don't remember.

1    you first saw the police officer at the eye care
2    clinic until your house?
3        A.   I do not.
4        Q.   Okay.  Would you dispute the fact that
5    Google Map shows it's 9.1 miles?
6        A.   I don't know how I could dispute Google
7    Maps.
8        Q.   Okay.  And going 35 -- 30 to 35 miles per
9    hour at 9.1 miles, I think, if my math is correct,
10   that would take about -- a little over 20 minutes
11   to do so.
12            Would you have any reason to dispute that?
13       A.   No.
14       Q.   Okay.  So do you agree with me that you
15   traveled with an officer behind you for about
16   9 miles for about 20 minutes or so?
17       A.   Where were you saying that the --
18       Q.   From the time the officer -- you saw the
19   officer at the eye care clinic until you got to
20   your home.
21       A.   Okay.  Yes, I agree.
22       Q.   Okay.
23       A.   If that's what Google Map says.
24       Q.   All right.  If you look back at
25   Exhibit 4 -- 3 and 4.  Let's look at 3 first.  On

1     Q.    Okay.
2     A.    It looked like.
3     Q.    Dark blue or...
4     A.    Yes.
5     Q.    Were they bright blue?  Do you know?
6     A.    I don't know for certain.
7     Q.    Okay.
8     A.    But from the video in the dark, they looked
9  like they were blue.
10    Q.    Okay.  So I -- in watching the video --
11          Is there any other video that you're aware
12 of of this incident besides that -- the one we just
13 watched?
14    A.    Not that I'm aware of.
15    Q.    Okay.  And it appears that the officers
16 pulled you out of the car and onto the ground,
17 correct?
18    A.    Yes.
19    Q.    Okay.  Now, would you agree with me that
20 you had your arms underneath your body?
21    A.    I had my arms -- keeping my abdomen off the
22 ground because of my injury.
23    Q.    Okay.
24    A.    I have, you know, a lot of tissue damage on
25 the front of my body.

1    Q.    Okay.  So you were pushing your hands
2    towards the ground to keep your abdomen off of the
3    ground?
4    A.    My arms were like this (indicating.)  Just
5    keeping that part of me up.
6    Q.    Your chest and stomach area, right?
7    A.    (Nods head affirmatively.)
8    Q.    Yes?
9    A.    Yes.
10   Q.    Okay.  You have no reason to believe that
11   the officers were aware of any injuries you had on
12   your front side, correct?
13   A.    I was -- I don't believe they had any
14   indication of that.  And had I have been given a
15   second, I would have been able to tell them that.
16   Q.    Do you know who is who in the video, as far
17   as like when you watched the video?
18   A.    I know now, yes, who is who.
19   Q.    All right.  Can you tell me who you believe
20   to be the person at the bottom of your body versus
21   the person at the top?  There's --
22   A.    I believe Acree was on the top of my body,
23   and it looks like -- or excuse me.  Hicks was on
24   the top, and Acree was at the middle portion of my
25   body.

```
 1      Q.   Okay.  Did you hear Hicks tell you to get
 2   down and stop resisting?
 3      A.   At the time?
 4      Q.   Yes.
 5      A.   I don't know.
 6      Q.   Okay.  In watching the video, you --
 7      A.   I did on the video.  Yes, I hear him.
 8      Q.   All right.  You also hear Hicks telling you
 9   to give you his -- your hands -- give him your
10   hands?
11      A.   In the video, yes, I heard him.
12      Q.   Okay.  At the time do you remember hearing
13   that?
14      A.   I don't.
15      Q.   Okay.  Do you agree with me that you didn't
16   voluntarily give the officers your hands?
17      A.   I guess I didn't because I was holding my
18   body up to keep from being in pain.
19      Q.   Okay.  And so they had to forcefully take
20   your hands away from the ground and pull them
21   behind your back.  Is that correct?
22      A.   It appears so.
23      Q.   Okay.  Do you remember whether you were
24   kicking your feet?
25      A.   No.
```

1    A.    I know Acree wasn't.
2    Q.    I'm sorry, what?
3    A.    I know that from the video Acree really
4    wasn't.
5    Q.    Okay.  You agree with me that you also
6    said, "Get your hands off my fucking hair"?
7    A.    Yes.  They had been pulling my hair for --
8    Q.    Okay.
9    A.    -- quite some time.  You can see it in the
10   video.
11   Q.    You agree with me that we did not see any
12   hits occur after you were handcuffed?
13   A.    I don't believe so.
14   Q.    You agree with that?  I guess that's a bad
15   question.  That's why I have to clarify.
16   A.    I don't know for certain, but I don't think
17   that -- that after I was handcuffed they beat on me
18   anymore, no.
19   Q.    Okay.
20   A.    Because I'd -- I hollered out at that
21   point.  And once I told Ana to record that, I think
22   everything stopped.
23   Q.    All right.  And we don't see Hicks use any
24   weapon against you, correct?
25   A.    I did not see.  I, again, was facedown.