```
 1             UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF KENTUCKY
 2                    PADUCAH DIVISION

 3       CIVIL ACTION NO. 5:21-cv-00134-GNS-LLK

 4

 5   JARED THOMAS KENNEDY                    PLAINTIFF

 6

 7

 8   v.

 9

10

11   AARON ACREE
     GARY HICKS
     MICAH KAMINSKI                         DEFENDANTS
12

13

14

15   DEPONENT:   MICAH KAMINSKI

16   DATE:       AUGUST 27, 2024

17

18   REPORTER:   STEVEN TAYLOR

19

20

21

22

23

24          TAYLOR COURT REPORTING KENTUCKY
                  2901 SIX MILE LANE
25          LOUISVILLE, KENTUCKY 40220
```

```
                    MICAH KAMINSKI

                    AUGUST 27, 2024
```

Michael Kaminski
August 27, 2024

3

```
 1
 2                         APPEARANCES
 3
 4    COUNSEL FOR PLAINTIFF:
 5
 6    Marilyn Linsey Shrewsbury, Esq.
 7     (Appeared via Zoom videoconference)
 8    MARILYN SHREWSBURY, ESQ.
 9    256 Commerce Street
10    PO Box 1226
11    Eddyville, Kentucky 42038
12    Telephone:  (502) 303-5228
13    Email:  linsey@mlslawgroup.com
14
15
16    CO-COUNSEL FOR PLAINTIFF:
17
18    Annie L. Malka, Esq.
19     (Appeared via Zoom videoconference)
20    MALKA LAW OFFICE
21    1387 South Fourth Street
22    Louisville, Kentucky 40208
23    Telephone:  (502) 212-5888
24    Email:  annie@malkalawgroup.com
25
```

```
 1
 2                      APPEARANCES
 3
 4   COUNSEL FOR DEFENDANT MICAH KAMINSKI:
 5
 6   Matthew P. Cook, Esq.
 7   (Appeared via Zoom videoconference)
 8   KERRICK BACHERT PSC
 9   1025 State Street
10   Bowling Green, Kentucky 42101
11   Telephone:  (270) 782-8160
12   Email:  mcook@kerricklaw.com
13
14
15   COUNSEL FOR DEFENDANT GARY HICKS:
16
17   James P. Landry, Esq.
18   (Appeared via Zoom videoconference)
19   KEULER, KELLY, HUTCHINS, BLANKENSHIP, & SIGLER,
20   LLP
21   100 South 4th Street
22   Suite 400
23   Paducah, Kentucky 42001
24   Telephone:  (270) 448-8888
25   Email:  jlandry@kkhblaw.com
```

```
 1
 2                        APPEARANCES
 3
 4   COUNSEL FOR DEFENDANT AARON ACREE:
 5
 6   Derrick T. Wright, Esq.
 7   (Appeared via Zoom videoconference)
 8   STURGILL, TURNER, BARKER & MALONEY, PLLC
 9   333 West Vine Street
10   Suite 1500
11   Lexington, Kentucky 40507
12   Telephone:  (859) 255-8581
13   Email:  dwright@sturgillturner.com
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      Q.      So do you know if it was a policy
 2   or if it was just a best practice?
 3      A.      Do not know which one it was.
 4      Q.      So based on what we just went over,
 5   it sounds like you -- once you got to the Cadiz
 6   Pharmacy, which -- how far away is that from
 7   Arrowhead, if you know?
 8      A.      It's literally -- Arrowhead kind of
 9   goes around the pharmacy.
10      Q.      So once you got to the parking lot
11   of the pharmacy, you pulled your car or -- were
12   you in a car or were you in a SUV?
13      A.      It's an SUV.
14      Q.      And you pulled that in front of one
15   of the exits?
16      A.      Yes.
17      Q.      But there was another exit?
18      A.      Yes.  Well, it's -- there is an
19   entrance and an exit, or however you want to use
20   them, really.  I don't know if they're actually
21   designated one or the other.
22      Q.      And the plaintiff in this case,
23   Mr. Kennedy, then went for the other exit?
24      A.      We went back and forth three or
25   four times of trying to keep him in the parking
```

```
 1   lot.
 2        Q.    So you would go from -- let's just
 3   use outlet, instead of exit.  From one outlet --
 4        A.    Correct.
 5        Q.    -- to the other.
 6        A.    Yes.
 7        Q.    There's only two.
 8              Right?
 9        A.    Yes.
10        Q.    And you said that you went three or
11   four times.  Did -- is what you're saying, that
12   Mr. Kennedy attempted to get out, you would
13   block him, he'd go the other way?
14        A.    Yes.
15        Q.    Do you know if your body camera was
16   on at that time?
17        A.    I do not.
18        Q.    What about, did you have a dash
19   cam?
20        A.    No.
21        Q.    Did you ever get a look at
22   Mr. Kennedy --
23        A.    Like --
24        Q.    -- during that exchange in the
25   parking lot that you're --
```

```
 1        A.     Sounds true.
 2        Q.     You then go on and say, I activated
 3   my lights and siren, pulled onto Main Street,
 4   proceeded to make a traffic stop on the vehicle.
 5   The vehicle pulled through Sonic's parking lot
 6   at a high rate of speed.  Did not stop for the
 7   Stop sign at Lone Oak Drive.
 8               Right?
 9        A.     Yes, ma'am.
10        Q.     And then you go on to say, Vehicle
11   made a left on Lone Oak Drive, and then made a
12   right on Lakota, and did not stop at that Stop
13   sign either.
14               Right?
15        A.     Yes, ma'am.
16        Q.     Then you say, The vehicle sped off
17   ahead of me at a high rate of speed.  I could
18   see the vehicle spin out and exit the road into
19   the Arrowhead golf course at approximately
20   Parker's Eye Care.  Vehicle continued through
21   the golf course into the Cadiz Pharmacy parking
22   lot.
23               You stayed on Lakota, still having
24   your emergency equipment activated.
25               Right?
```

```
 1   right on 68, headed west, and did not stop at
 2   the Stop sign.
 3           A.   Yes, ma'am.
 4           Q.   You continued behind the vehicle at
 5   a safe distance with your emergency equipment
 6   activated, because the car was driving
 7   erratically, to keep him from harming any other
 8   people that may be on the road.  Do you see
 9   that?
10           A.   Yes, ma'am.
11           Q.   Now, I asked earlier about whether
12   or not you recalled the car swerving, going from
13   side to side, or anything of that nature?  Do
14   you recall me asking about that?
15           A.   Yes, ma'am.
16           Q.   You said you couldn't recall that.
17   You recalled that he was driving in the middle
18   of the road.
19                Right?
20           A.   Yes, ma'am.
21           Q.   So when you say, erratically, in
22   this citation, what do you mean?
23           A.   I mean, he's not driving on the
24   road like everybody else.  He's not driving a
25   car that is in reasonable safe condition, like
```

```
 1                Is that right?
 2        A.      Yes, sir.
 3        Q.      Did you know exactly where you were
 4   at when the -- when he came to a stop?
 5        A.      No.  All I knew was that we were on
 6   Riverview or River -- whatever it is, yeah.
 7        Q.      Did you know who else was around?
 8        A.      No.
 9        Q.      Did you know if he had any weapons
10   on his person?
11        A.      Did not.
12        Q.      What time of day was it?  Night,
13   evening?
14        A.      I -- after -- I mean, my citation
15   says it started at 9:33 p.m.  Would have been
16   well after dark.
17        Q.      So the pursuit ends in a place that
18   you're unfamiliar with?
19        A.      Yes, sir.
20        Q.      At night?
21        A.      Yes, sir.
22        Q.      After several miles?
23        A.      Yes, sir.
24        Q.      And you don't know if this guy is
25   armed or not.
```