# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

| AGENCY ORI/NAME | 1110000 TRIGG COUNTY SHERIFF DEPT. | | | INCIDENT NUMBER | KY T-20-410 | | |
|---|---|---|---|---|---|---|---|
| INCIDENT DATE/TIME | | EXACT / ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
| 9/19/2020 19:54 | | ESTIMATE | 9/19/2020 | 19:54 | 19:54 | 19:54 | 22:00 |

**REPORTED BY:** HICKS, DEPUTY  **HOW REPORTED:** IN PERSON
**LICENSE/ID STATE:**  **LICENSE/ID NUMBER:**
**ADDRESS:** 134 COMMERCE ST
**CITY:** CADIZ (TRIGG CO)  **STATE:** KY  **ZIP CODE:** 42211  **PHONE NUMBER:**

**EXACT LOCATION OF OFFENSE:**
254 RIVERVIEW TRL
ADDRESS: 254 RIVERVIEW TRL
CITY: CADIZ (TRIGG CO)  STATE: KY  ZIP CODE: 42211
COUNTY: TRIGG  LATITUDE: 36 DEG 52.610 MIN  LONGITUDE: 87 DEG 54.195 MIN
SECTOR NO:

---

**SEQUENCE # 1 OF 8**  LOCATION TYPE: HIGHWAY, ROAD, ALLEY (INCLUDES STREET)
OFFENSE DESCRIPTION: **RECKLESS DRIVING**
OFFENSE CODE: 00115  ASCF CODE: 0  KRS CODE: 189.290  CLASS:  DEGREE: V  COUNTS: 1
BIAS MOTIVATION:  METHOD ENTRY:  NUMBER PREMISES: 0
SCHOOL NAME:  SCHOOL TYPE:  CAMPUS?:
OFFENDER SUSPECTED OF USING: NOT APPLICABLE  COURT ORDER TYPE:

**SEQUENCE # 2 OF 8**  LOCATION TYPE: HIGHWAY, ROAD, ALLEY (INCLUDES STREET)
OFFENSE DESCRIPTION: **NO REGISTRATION PLATES**
OFFENSE CODE: 00424  ASCF CODE: 0  KRS CODE: 186.170  CLASS:  DEGREE: V  COUNTS: 1
BIAS MOTIVATION:  METHOD ENTRY:  NUMBER PREMISES: 0
SCHOOL NAME:  SCHOOL TYPE:  CAMPUS?:
OFFENDER SUSPECTED OF USING: NOT APPLICABLE  COURT ORDER TYPE:

**SEQUENCE # 3 OF 8**  LOCATION TYPE: HIGHWAY, ROAD, ALLEY (INCLUDES STREET)
OFFENSE DESCRIPTION: **CRIMINAL MISCHIEF 2ND DEGREE**
OFFENSE CODE: 01402  ASCF CODE: 0  KRS CODE: 512.030  CLASS: A  DEGREE: M  COUNTS: 1
BIAS MOTIVATION: NONE (NO BIAS)  METHOD ENTRY:  NUMBER PREMISES: 0
SCHOOL NAME:  SCHOOL TYPE:  CAMPUS?:
OFFENDER SUSPECTED OF USING: NOT APPLICABLE  COURT ORDER TYPE:

---

## PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 1 | OTHER NOT LISTED | DESTROYED/DAMAGED/VANDALIZED | $500.00 | | | |

**PROPERTY DESCRIPTION:** GRASS, FIELD, TREE
OWNER APPLED NUMBER:  SERIAL NUMBER:
MAKE:  MODEL:  OWNER: Victim 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 2 | RADIOS,TVs,VCRs,DVD,BLUE RAY PLAYER | SEIZED | $1.00 | | | |

**PROPERTY DESCRIPTION:** POLICE SCANNER
OWNER APPLED NUMBER:  SERIAL NUMBER:
MAKE: UNIDEN  MODEL: BC125AT  OWNER: Offender 1

**TOTAL STOLEN VALUE:**  **TOTAL RECOVERED VALUE:**  **TOTAL VEHICLES STOLEN:**  **TOTAL VEHICLES RECOVERED:**

---

## STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| CLOSED | 9/20/2020 | CLEARED BY ARREST | | | ☐ YES |

| ORIGINATING OFFICER | ASSIGNED TO | UNIT/BADGE # | REVIEWED BY | SUPPLEMENTED BY |
|---|---|---|---|---|
| Hicks, Gary | Hicks, Gary | 208 | Young, Shawn | |

---

Page 1 of 6  Incident Number: T-20-410  Agency ORI: 1110000  Badge #: 208

EXHIBIT D

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**VICTIM DATA**

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 3 | COMMONWEALTH OF KENTUCKY | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| Address Unknown ☐ | ADDRESS: | | VICTIM TYPE: SOCIETY/PUBLIC |
| CITY: | STATE: | ZIP CODE: | KY RESIDENT: |

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 00115, 00424, 00480, 00499, 02404, 00196 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

**ARRESTEE / SUSPECT DATA**

| SUSPECT SEQ. # | NAME: KENNEDY, JARED | ARRESTED? | ARREST DATE |
|---|---|---|---|
| 1 of 1 | ALIAS: | ☑ YES | 9/19/2020 |

| LICENSE/ID STATE: KY | LICENSE/ID NUMBER: [redacted] | | |
|---|---|---|---|
| ADDRESS: [redacted] | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
| CITY: CADIZ (TRIGG CO) | STATE: KY | ZIP CODE: 42211 | [redacted]/1982 | RESIDENT |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | MALE | WHITE | NOT HISPANIC | 6' 00" | 280 lbs | BROWN | BROWN |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 of 1 | NOT APPLICABLE | WARRANTLESS ARREST | 1 | N353033 | 4 | | 8 | |
| | ARRESTEE ARMED WITH | | 2 | N353034 | 5 | | 7 | |
| | | | 3 | | 6 | | 9 | |

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | ☐ YES | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | | 4 | | 7 | |
| | ARRESTEE ARMED WITH | | 2 | | 5 | | 8 | |
| | | | 3 | | 6 | | 9 | |

**WITNESS/OTHER**

| WITNESS/OTHER SEQ | WITNESS/OTHER NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS: | | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: |

EXHIBIT D

# KYIBRS REPORT: OFFENSE SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

**SEQUENCE #** 4 OF 8  **LOCATION TYPE:** HIGHWAY, ROAD, ALLEY (INCLUDES STREET)
- **OFFENSE DESCRIPTION:** FLEEING OR EVADING POLICE, 1ST DEGREE (MOTOR VEHICLE)
- **OFFENSE CODE:** 00196  **ASCF CODE:** 0  **KRS CODE:** 520.095  **CLASS:** D  **DEGREE:** F  **COUNTS:** 1
- **BIAS MOTIVATION:**  **NUMBER PREMISES:** 0
- **OFFENDER SUSPECTED OF USING:** NOT APPLICABLE

**SEQUENCE #** 5 OF 8  **LOCATION TYPE:** HIGHWAY, ROAD, ALLEY (INCLUDES STREET)
- **OFFENSE DESCRIPTION:** RESISTING ARREST
- **OFFENSE CODE:** 02404  **ASCF CODE:** 0  **KRS CODE:** 520.090  **CLASS:** A  **DEGREE:** M  **COUNTS:** 1
- **BIAS MOTIVATION:** NONE (NO BIAS)  **NUMBER PREMISES:** 0
- **OFFENDER SUSPECTED OF USING:** NOT APPLICABLE

**SEQUENCE #** 6 OF 8  **LOCATION TYPE:** HIGHWAY, ROAD, ALLEY (INCLUDES STREET)
- **OFFENSE DESCRIPTION:** FAILURE OF OWNER TO MAINTAIN REQUIRED INS/SEC, 1ST OFF
- **OFFENSE CODE:** 00480  **ASCF CODE:** 0  **KRS CODE:** 304.39-080  **CLASS:** B  **DEGREE:** M  **COUNTS:** 1
- **BIAS MOTIVATION:**  **NUMBER PREMISES:** 0
- **OFFENDER SUSPECTED OF USING:** NOT APPLICABLE

**SEQUENCE #** 7 OF 8  **LOCATION TYPE:** HIGHWAY, ROAD, ALLEY (INCLUDES STREET)
- **OFFENSE DESCRIPTION:** FAILURE TO WEAR SEAT BELTS
- **OFFENSE CODE:** 00499  **ASCF CODE:** 0  **KRS CODE:** 189.125  **CLASS:**  **DEGREE:** V  **COUNTS:** 1
- **BIAS MOTIVATION:** NONE (NO BIAS)  **NUMBER PREMISES:** 0
- **OFFENDER SUSPECTED OF USING:** NOT APPLICABLE

**SEQUENCE #** 8 OF 8  **LOCATION TYPE:** HIGHWAY, ROAD, ALLEY (INCLUDES STREET)
- **OFFENSE DESCRIPTION:** WANTON ENDANGERMENT-1ST DEGREE-POLICE OFFICER
- **OFFENSE CODE:** 13221  **ASCF CODE:** 0  **KRS CODE:** 508.060  **CLASS:** D  **DEGREE:** F  **COUNTS:** 1
- **BIAS MOTIVATION:** NONE (NO BIAS)  **NUMBER PREMISES:** 0
- **OFFENDER SUSPECTED OF USING:** NOT APPLICABLE

EXHIBIT D

# KYIBRS REPORT: VICTIM SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

**VICTIM SEQUENCE:** 2 of 3
**VICTIM NAME:** HICKS, GARY
**PHONE:**

**LICENSE/ID STATE:**
**LICENSE/ID NUMBER:**

**ADDRESS:**
**VICTIM TYPE:** INDIVIDUAL

**CITY:** CADIZ (TRIGG CO)
**STATE:** KY
**ZIP CODE:**
**KY RESIDENT:** RESIDENT

**DATE OF BIRTH:** 7/8/1986
**SSN:**
**HEIGHT:**
**WEIGHT:**
**EYE COLOR:**
**HAIR COLOR:**

**GENDER:** MALE
**RACE:** WHITE
**ETHNIC ORIGIN:** NOT HISPANIC
**PEACE OFFICER?:** ✓ YES

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | STRANGER | | | | | |

**VICTIM OF OFFENSE(S):** 13221
**AGG ASSAULT/HOMICIDE CIRC:**
**ADDTL JUSTIFIABLE HOMICIDE CIRC:**

**LEOKA ASSIGNMENT:** ONE-MAN VEHICLE ALONE
**LEOKA ACTIVITY:** TRAFFIC PURSUITS AND STOPS

---

**VICTIM SEQUENCE:** 3 of 3
**VICTIM NAME:** ARROWHEAD GOLD COURSE
**PHONE:**

**LICENSE/ID STATE:**
**LICENSE/ID NUMBER:**

**ADDRESS:** 183 ARROWHEAD CLUB DR
**VICTIM TYPE:** BUSINESS

**CITY:** CADIZ (TRIGG CO)
**STATE:** KY
**ZIP CODE:** 42211
**KY RESIDENT:**

**DATE OF BIRTH:**
**SSN:**
**HEIGHT:**
**WEIGHT:**
**EYE COLOR:**
**HAIR COLOR:**

**GENDER:**
**RACE:**
**ETHNIC ORIGIN:**
**PEACE OFFICER?:** ☐ YES

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | STRANGER | | | | | |

**VICTIM OF OFFENSE(S):** 01402
**AGG ASSAULT/HOMICIDE CIRC:**
**ADDTL JUSTIFIABLE HOMICIDE CIRC:**

**LEOKA ASSIGNMENT:**
**LEOKA ACTIVITY:**

# KYIBRS REPORT: NARRATIVE
## COMMONWEALTH OF KENTUCKY

## SYNOPSIS:

The suspect was driving recklessly through private property causing damage. The suspect had no registration, insurance and was not wearing his seatbelt.

The suspect refused to stop for deputies who had their emergency equipment activated and led them on a pursuit throughout numerous unlit, windy and dangerous roadways while swerving throughout his lane. These actions not only placed the general public in danger but myself and responding officers.

Once stopped the suspect refused to get out of the vehicle and had to be forced to the ground. The suspect ignored numerous commands to stop resisting and continuously tried to get back to his feet. Pain compliance was applied and the suspect was then placed into handcuffs and taken to the ER where he was cleared shortly after.

## INVESTIGATION:

Kennedy was observed speeding by Cadiz PD who then attempted to stop him. Cadiz PD advised that Kennedy was not stopping and had begun to drive recklessly through yards, ditches, parking lots and a gold course.

At this time I caught up to Kennedy who vehicle was swerving from lane to lane and had severe damage to it. I pursued Kennedy with all my emergency equipment activated however Kennedy ignored it and continued on. Based on the vehicles driving behavior, refusal to stop and not having a license plate on the vehicle I believed that Kennedy was under the influence and possibly in a stolen vehicle.

I contact Sheriff Acree and advised him of the above. Sheriff Acree authorized a pursuit intervention technique when safe to due so based on Kennedy's erratic and unsafe behavior.

Kennedy continued to lead us down very windy and dangerous roads, most of which were unlit. Kennedy's lack of due regard to the public placed everyone on scene in grave danger of serious physical injury and/or death. This behavior also created a great risk to Sheriff Acree who was attempted to catch up to the pursuit.

The pursuit intervention technique was utilized when Kennedy's vehicle slowed down to under 20mph. The technique was successful in safely ending the pursuit momentarily. Myself and Sheriff Acree began giving Kennedy commands however he ignored them, started his vehicle and drove off. Kennedy's actions were becoming more dangerous as his willingness to do anything to get away seems to increase.

Kennedy finally stopped in a driveway but then refused to get out of the vehicle. I opened his door and had to force Kennedy to the ground at which time he was actively pulling away and pushing off the ground to try and regain his footing and tactical advantage. Myself and Sheriff Acree both gave numerous commands to get down and stop resisting however Kennedy ignored all of them and kept pushing off the ground and not putting his hands behind his back. I was forced to use pain compliance strikes which were successful in gaining compliance and allowed me to get Kennedy into handcuffs.

Kennedy was read Miranda and asked why he ran. Kennedy claimed it was illegal and that he was only traveling. Kennedy made numerous statements which coincide with sovereign citizen ideology. Kennedy had canceled his own license plate and had not insurance on the vehicle which also matches the Sovereign beliefs. I believe the erratic driving and failure to comply was not based on being under the

# KYIBRS REPORT: NARRATIVE
## COMMONWEALTH OF KENTUCKY

influence, but caused by the damage to his vehicle when he was traveling though ditches and his sovereign ideology.

Kennedy was taken to the ER for clearance as he stated he was experiencing pain. Once cleared Kennedy was taken to Christian Co. Jail.

**ATTACHMENTS:**

**METHODS OF OPERATION:**