UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:21-cv-00134-GNS-LLK

*FILED ELECTRONICALLY*

| | |
|---|---:|
| JARED KENNEDY | PLAINTIFF |
| v. | |
| AARON ACREE, et al.<br>and<br>GARY HICKS<br>and<br>MICAH KAMINSKI | DEFENDANTS |

---

**ORDER**

---

This matter having come before the Court on Defendant Aaron Acree's Motion for Summary Judgment, the Court having been briefed by the parties, the Court having reviewed the record, and otherwise being sufficiently advised, it is hereby ORDERED as follows:

1. Defendant Aaron Acree's Motion for Summary Judgment is GRANTED, and he is granted judgment in this case.

2. Plaintiff's Complaint against Defendant Acree are DISMISSED in its entirety, with prejudice.

3. This is a final and appealable order, there being no just cause for delay.

SO ORDERED this ___ day of _____ 2025.