UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:21-CV-00134-GNS-LLK

JARED THOMAS KENNEDY                                                                           PLAINTIFF

v.

AARON ACREE et al.                                                                                   DEFENDANTS

## JUDGMENT

This matter having come before the Court on Defendants' Motions for Summary Judgment (DN 69, 76, 81), and the Court on this date having issued its Memorandum Opinion and Order granting the motions.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendants consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

Greg N. Stivers, Judge
United States District Court
December 9, 2025

cc:   counsel of record