# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**JARED THOMAS KENNEDY**                                                                                      **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 5:21-cv-00134-GNS-LLK**

**AARON ACREE**
**GARY HICKS**                                                                                                **DEFENDANTS.**

## NOTICE OF APPEAL

\* \* \* \* \* \* \*

Notice is hereby given that Jared Thomas Kennedy, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit this court's Opinion and Order granting the Defendants' Motion for Summary Judgment, which was entered in the above referenced case by the United States District Court, Western District of Kentucky, Paducah Division, on the 9th day of December 2025. The trial court erred in granting Summary Judgment and dismissing the Plaintiffs claims against above-named Defendants. The names of the parties to this action and appeal are as follows:

1. The Plaintiff/Appellant is Jared Thomas Kennedy;
2. The Defendants/Appellees in this action are Aaron Acree and Gary Hicks.

A copy of this Notice of Appeal has been served on all opposing counsel.

Respectfully Submitted,

MARILYN SHREWSBURY ESQ.

/s/ Marilyn "Linsey" Shrewsbury
Marilyn "Linsey" Shrewsbury
116 East Main Street
Princeton, Kentucky 42445
Direct: (502) 303-5228

Office: 270-365-9335
linsey@mlslawgroup.net
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January, 8, 2026, I served a true and correct copy of the foregoing Notice of Appeal electronically via the e-filing system upon the following persons and counsel of record:

Jeffrey Tyler Chelf
Lyndol S. Miller
L.S. Miller Law PLLC
333 West Vine Street, Suite1720
Lexington, KY 40507
859-456-2244
Email: tchelf@lsmlaw.com
lsmiller@lsmlaw.com
*Attorney for Defendant Aaron Acree*

Stacey A. Blankenship
James P. Landry
Kristen Krueger
Keuler Kelly Hutchins
Blankenship & Sigler LLP
100 South 4th Street
Suite 400
Paducah, KY 42001
Email: jlandry@kkhblaw.com
kkrueger@kkhblaw.com
sblankenship@kkhblaw.com
*Attorneys for Defendant, Gary Hicks*

Matthew Porter Cook
Kerrick Bachert PSC
P.O. Box 9547
Bowling Green, KY 42102
270-782-8160

Fax: 270-782-5856
Email: mcook@kerricklaw.com
*Attorney for Defendant, Micah Kaminski*

/s/ Marilyn "Linsey" Shrewsbury
Marilyn "Linsey Shrewsbury